

# Fourth Court of Appeals
## San Antonio, Texas

October 2 2019

No. 04-19-00547-CV

**IN THE INTEREST OF N.L.P.**, et al., Children

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-00010
Honorable Susan D. Reed, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OFJURSDICTION.  Costs of the appeal are taxed against appellants.

It is so **ORDERED** on October 2, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of October, 2019.

_Luz Estrada_
Luz Estrada, Chief Deputy Clerk